with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BENJAMIN LEVY, Respondent, v. ALEXANDER B. HALLIDAY, Impleaded with SAMUEL EPSTEIN and Another, Copartners, etc., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CIAVANNI & CAVALLUZZO CONTRACTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

I. MOSES FRIEDMAN and Others, Copartners, etc., Respondents, v. ISAAC RODSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

O'CONNELL CONTRACTING COMPANY, Respondent, v. G. B. RAYMOND & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MICHAEL SANTORO, Respondent, v. REMIGIO SANTERAMO and Another, Appellants.— Order modified and limited to requiring defendants to pay over to the receiver the face of the note to the firm for $913.70, payable June 3, 1919, assigned by them after the appointment of the receiver, together with interest thereon, and eliminating all other provisions of the order, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MICHAEL SANTORO, Respondent, v. REMIGIO SANTERAMO and Another, Appellants.— Order modified and limited to requiring defendants to pay over to the receiver the face of the note to the firm for $913.70, payable June 3, 1919, assigned by them after the appointment of the receiver, together with interest thereon, and eliminating all other provisions of the order, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM W. FUNGE, JR., Appellant, v. MAUSER MANUFACTURING COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J.; Laughlin, Smith, Merrell and Philbin, JJ.

ABRAHAM GOLDMAN, Doing Business as GOLDMAN BROS., Appellant, v. HARRY ALTMAN and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

EDWARD W. EVERETT, Appellant, v. JAMES A. CAREY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

FRED STANDLER, Respondent, v. BARBARA STANDLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.